ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7050
    FAX: (415) 436-7027
    Ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America

**FILED**

Apr 07 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 19-CR-272-JSW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING REGARDING PRELIMINARY REVOCATION AND DETENTION |
| v. | ) | |
| RICHARD HARDMAN, | ) | |
| Defendant. | ) | |

    The United States Probation Office has alleged that supervised releasee Richard Hardman violated the conditions of his release by, among other things, possessing firearms. ECF No. 39. This case is currently set for a status hearing regarding detention and a preliminary hearing for the revocation proceeding at 10:30 am on April 10, 2023. Hardman is currently in custody and housed at Santa Rita Jail.

    In order to allow for additional time for counsel to confer with United States Probation about

//
//
//
//

possible resolutions, the parties respectfully request that the status hearing be continued to 10:30 am on Thursday, April 13, 2023.

DATED: April 7, 2023

       /s/
Ajay Krishnamurthy
Assistant United States Attorney

DATED: April 7, 2023

       /s/
John Paul Reichmuth
Counsel for Defendant Richard Hardman

**ORDER**

Based upon the facts set forth in the stipulation of the parties, the Court finds that there exists good cause to continue the status hearing currently set for April 10, 2023. Therefore, the hearing is continued to 10:30 a.m. on April 13, 2023.

IT IS SO ORDERED.

DATED: April 7, 2023

Hon. Donna M. Ryu
Chief United States Magistrate Judge

STIPULATION AND ORDER
19-CR-272-JSW

2